Exhibit 1

Commonwealth of Puerto Rico

FHA CASE NO. 5

-------------------- MORTGAGE NOTE --------------------
-------------------- PAGARE HIPOTECARIO --------------------

**US $ 74,399.00**                    September 28------,2001----------

1. "Borrower" means each person signing at the end of this Note, and the
1.   "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus

person's successors and assigns. "Lender" means DORAL FINANCIAL CORPORATION
sucesores y cesionarios. "Acreedor Hipotecario" significa--------------------------
doing business as H.F. MORTGAGE BANKERS------------------------
--------------------------------------------------------------------

and its successors and assigns. ------------------------------------------------
y sus sucesores y cesionarios. ------------------------------------------------

2. In return for a loan received from Lender, Borrower promises to pay
2.   A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se

the principal sum of SEVENTY FOUR THOUSAND THREE HUNDRED NINETY NINE----
obliga a pagar la cantidad principal de--------------------------------------

Dollars (U.S. $   74,399.00--------------------), plus interest, to the order of the
--------------------------------------Dólares (U.S. $ ----------), más intereses, a la orden

Lender. Interest will be charged on unpaid principal, from the date of
del Acreedor Hipotecario. Se cargará intereses sobre el principal adeudado, desde la fecha

disbursement of the loan proceeds by Lender, at the rate of SEVEN--------------
en que el Acreedor Hipotecario desembolse el producto del préstamo a razón de --------------------

--------------------per cent ( 7.00---- %) per year until the full amount of principal
--------------------por ciento (--------%) anual hasta que el principal haya sido totalmente

has been paid. ----------------------------------------------------------------
pagado. ------------------------------------------------------------------------

3. Borrower's promise to pay is secured by a mortgage that is dated the
3. La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otor-

same date as this Note and called the "Security Instrument". The Security
gada en la misma fecha de este Pagaré, denominada "Hipoteca". La Hipoteca protege al Acree-

Instrument protects the Lender from losses which might result if Borrower
dor Hipotecario de pérdidas que podrían resultar si el Deudor Hipotecario incumpliere con los

defaults under this Note. ------------------------------------------------------
términos de este Pagaré. ------------------------------------------------------

4. (A) Borrower shall make a payment of principal and interest to Lender
4.   (A)   El Deudor Hipotecario hará un pago principal más intereses, al Acreedor Hipo-

on the first day of each month beginning on NOVEMBER, 2001------------------Any
tecario el primer día de cada mes, comenzando en -------------------- de 20-------Cualquier prin-

principal and interest remaining on the first day of OCTOBER-----2031---------will
cipal más intereses adeudados al día primero de --------------------del 20-------vencerán en esa

be due on that date, which is called the maturity date. ------------------------
misma fecha que es denominada la fecha de vencimiento. ------------------------

(B) Payment shall be made at the address notified to Borrower at
(B) El pago será efectuado en la dirección notificada al Deudor Hipotecario en la

closing or at such place as Lender may designate in writing by notice to
cierre o en cualquier otro lugar que el Acreedor Hipotecario designe por escrito con notifi-

Borrower. ----------------------------------------------------------------------
cación al Deudor Hipotecario. --------------------------------------------------

(C) Each monthly payment of principal and interest will be in the
(C)   Cada pago mensual de principal más intereses será por la cantidad de

amount of FOUR HUNDRED NINETY FOUR DOLLARS AND-----(U.S. $ 494.98--).
          NINETY EIGHT CENTS--------------------------------(U.S. $----------).

This amount will be part of a larger monthly payment required by the Secu-
Esta cantidad es parte de un pago mensual mayor, requerido por la Hipoteca que será apli-

rity Instrument, that shall be applied to principal, interest and other
cado al Principal, intereses y a otros conceptos en el orden descrito en la Hipoteca. --------------------

items in the order described in the Security Instrument. ---------------------------------
---------------------------------------------------------------------------------------------

5. Borrower has the right to pay the debt evidenced in this Note, in
5. El Deudor Hipotecario tiene el derecho de pagar la deuda evidenciada por este Pagaré,

whole or in part, without charge or penalty, on the first day of any month,
total o parcialmente, sin recargo ni penalidad, el primer día de cualquier mes. El Acreedor

Lender shall accept prepayment on other days provided that Borrower pays
Hipotecario aceptará el prepago cualquier otro día siempre que el Deudor Hipotecario pague

interest on the amount prepaid for the remainder of the month to the extent
intereses en la cantidad prepagada por el resto del mes requerido por el Acreedor Hipotecario

required by Lender and permitted by regulations of the Secretary. If
y permitido por la reglamentación del Secretario. Si el Deudor Hipotecario hace prepagos

Borrower makes a partial prepayment, there will be no changes in the due
parciales, no habrá cambios en la fecha de vencimiento o la cantidad de pago mensual a menos

date or in the amount of monthly payment unless Lender agrees in writing to
que el Acreedor Hipotecario acepte los cambios por escrito. ------------------------------------

those changes. -------------------------------------------------------------------------
---------------------------------------------------------------------------------------------

6. (A) If Lender has not received the full monthly payment required by
6. (A) Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido

the Security Instrument, as described in Paragraph 4 (C) of this Note, by
por la Hipoteca, tal como se describe en el párrafo 4 (c) de este Pagaré, al cabo de quince

the end of fifteen (15) calendar days after the payment is due, Lender may
(15) días calendarios después del vencimiento del pago, el Acreedor Hipotecario podrá cobrar

collect a late charge in the amount of four percent (4.00%) of the overdue
un recargo por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de

amount of each payment. ----------------------------------------------------------------
cada pago. --------------------------------------------------------------------------------

   (B) If Borrower defaults by failing to pay in full any montly pay-
   (B) Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cual-

ment, then Lender may, except as limited by regulations of the Secretary
quier pago mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones regla-

in the case of payment defaults, require inmediate payment in full of the
mentarias del Secretario para el caso de incumplimiento por falta de pago, exigir el pago

principal balance remaining due and all accrued interest. Lender may
total inmediato del saldo impagado del principal y de todos los intereses acumulados. El

choose not to exercise this option without waiving its rights in the event
Acreedor Hipotecario podrá elegir no ejercitar esta opción sin renunciar a sus derechos en

of any subsequent default. In many circumstances regulations issued by the
caso de cualquier incumplimiento subsiguiente. En muchas circunstancias las reglamentaciones

Secretary will limit Lender's rights to require immediate payment in full
emitidas por el Secretario limitan los derechos del Acreedor Hipotecario para exigir el pago

in the case of payment defaults. This Note does not authorize acceleration
total inmediato por incumplimiento en el pago de plazos vencidos. Este Pagaré no autoriza la

when not permitted by HUD regulations. As used in this Not, " Secretary"
aceleración de su vencimiento cuando los reglamentos de HUD no lo permitan. Tal como se usa

means the Secretary of Housing and Urban Development or his or her
en este Pagaré, la palabra "Secretario" significa el Secretario del Departamento de

designee. ------------------------------------------------------------------------------
Desarrollo Urbano y Vivienda de los Estados Unidos de América o su representante. ----------------

---------------------------------------------------------------------------------------------

PR Form Rev August 1996

(C) If Lender has required immediate payment in full, as described
(C) Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe

above, Lender may require Borrower to pay costs and expenses including rea-
anteriormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo

sonable and customary attorney's fees for enforcing this Note to the extent
honorarios de abogados razonables y acostumbrados, hasta el máximo por la ley aplicable para

not prohibited by applicable law. Such fees a nd costs shall bear interest
exigir el cumplimiento de este Pagaré. Dichos honorarios, costas y gastos devengarán

from the date of disbursement at the same rate as the principal of this
intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré. -------------------

Note. -------------------------------------------------------------------------------------

7. Borrower and any other person who has obligations under this Note
7. El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré,

waive the rights of presentment and notice of dishonor. "Presentment"
renuncian a los derechos de presentación y aviso de rechazo. "Presentación" significa el

means the right to require Lender to demand payment of amounts due.
derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas.

"Notice of Dishonor" means the right to require Lender to give notice to
"Aviso de Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a

other persons that amounts due have not been paid. --------------------------------------
otras personas que las cantidades vencidas no han sido pagadas. --------------------------------------

8. Unless applicable law requires a different method, any notice that
8. Salvo que el Derecho aplicable requiera un método distinto, cualquier notificación que

must be given to Borrower under this Note will be given by delivering it or
deba hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de

by mailing it by first class mail to Borrower at the Property address below
primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad a bajo indicada

or at a different address if Borrower has given Lender a notice of Borrow-
o a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipoteca-

er's different address. ------------------------------------------------------------------
rio de una dirección diferente. ----------------------------------------------------------------

Any notice that must be given to Lender under this Note will be given
Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este Pagaré le

by first class mail to Lender at the address stated in Paragraph 4 (B) or at
será hecha por correo de primera clase a la dirección expresada en el Párrafo 4 (B) o a una

a different address if Borrower is given a notice of that different
dirección diferente si al Deudor Hipotecario le ha sido notificada una dirección diferente. --------------

address. --------------------------------------------------------------------------------

9. If more than one person signs this Note, each person is fully and
9. Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada

personally obligated to keep all of the promises made in this Note, includ-
a cumplir todos los compromisos contraídos en este Pagaré, incluyendo el de pagar la cantidad

ing the promise to pay the full amount owed. Any person who is a guaran-
total adeudada. Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré

tor, surety or endorser of this Note is also obligated to do these things.
está también obligada a cumplir lo estipulado. Cualquier persona que asuma estas obligacio-

Any person who takes over these obligations, including the obligations of a
nes, incluyendo las obligaciones de un garantizador, fiador o endosante de este Pagaré, tam-

guarantor, surety or endorser of this Note, is also obligated to keep all
bién está obligada a cumplir todos los compromisos contraídos en el mismo. El Acreedor

of the promises made in this Note. Lender may enforce its rights under
Hipotecario podrá hacer valer sus derechos bajo este Pagaré en contra de cada persona indivi-

this Note against each person individually or against all signatories
dualmente o en contra de todos los signatarios conjuntamente. A cualquier suscribiente de

together. Any one person this Note be quired to pay all of
este Pagaré le podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo. -----------

the amounts owed under this Note. ------------------------------------------------------------

BY SIGNING BELOW, Borrower accepts and agrees to the terms and cove-
AL SUSCRIBIR este Pagaré al Deudor Hipotecario acepta y está de acuerdo con los térmi-

nants contained in this Note. ------------------------------------------------------------------
nos y pactos contenidos en el mismo.-----------------------------------------------------------

This Note is secured by a mortgage executed by Deed number   825-----------------
Este Pagaré está garantizado por Hipoteca constituida por la Escritura número - - - - - - - - - - - - - - -

of this same date before the subscribing Notary. --------------------------------------------
otorgada en esta misma fecha ante el Notario suscribiente. ------------------------------------

In San Juan, --------,-Puerto Rico, on September 28, 20 01----------
En - - - - - - - - - - - - - - - -,-Puerto Rico, ■ - - - - - - - - - - - - - - - - -de 20 - - - - - - - - -

_____
ANGEL LUIS FIGUEROA HERNANDEZ

_____
ELSIE CATALINA DIAZ AYALA

                                        Borrower(s)
                                        Deudor(es) Hipotecario(s)

Property Address
J-23 ALTURAS DE BEATRIZ,
CAYEY, PUERTO RICO   00736

Affidavit Number     5656

------- Acknowledged and subscribed before me by the above signatories, of the personal -----
------------ Reconocido y suscrito ante mí por los arriba firmantes, de las circunstancias ------------------

circumstances contained in the Mortgage deed hereinbefore described, whom I have ------
personales que se relacionan en la antes descrita escritura de hipoteca, y a quienes --------------------

identified as expressed also in said deed. -----------------------------------------------------
he identificado según se expresa en la misma escritura. -------------------------------------------

NOTARY PUBLIC
Notario Público

Pay to the order of
without recourse
HF Mortgage Bankers a division of
Doral Financial Corporation
By:
AUTHORIZED SIGNATURE

---- NUMBER EIGHT HUNDRED TWENTY FIVE (825)----
------- Número ----------------------------------------------

------------------ FIRST MORTGAGE ---------------------
------------------ PRIMERA HIPOTECA --------------------

---In San Juan,-------------------Commonwealth of Puerto
----- En -----------------------------------Estado Libre Asociado de

Rico, this twenty eight (28) day of September-----Two
Puerto Rico hoy día ------------------ de -------------------- del dos

thousand one (2001).------------------------------------
mil ------------------------------------------------------------

------------------ BEFORE ME ---------------------------
------------------ ANTE MI ------------------------------

---KENDALL E. KRANS NEGRON-----------;Notary Public in
------------------------------------------;Notario Público de

Puerto Rico, with offices at SAN JUAN, PUERTO RICO---------
Puerto Rico, con oficinas en----------------------------------

and residence in CAGUAS,-------------------;Puerto Rico.
y residencia en -------------------------------------Puerto Rico

------------------ APPEAR ------------------------------
------------------ COMPARECEN --------------------------

----- The parties mentioned in Paragraphs Ninth and
------- Las partes nombradas en los Párrafos Noveno y Décimo de esta

Tenth of this Deed, hereinafter called the "Bor-
Escritura, denominadas de aquí en adelante "Deudor Hipotecario"

rower" and the "Lender", whose personal circum-
y "Acreedor Hipotecario", cuyas circunstancias personales a pa-

stances are set forth in said paragraphs. -----------------
recen en dichos párrafos ------------------------------------

----- The appearing parties assure me that they are
------ Asegúranme los comparecientes hallarse en el pleno goce de sus

in the full exercise of their civil rights without
derechos civiles, sin que me conste nada en contrario, y

anything to the contrary being known to me, and
teniendo a mi juicio la capacidad legal necesaria para este

being in my judgement legally competent to execute
otorgamiento, libremente --------------------------------

this document, they freely -------------------------
----------------------------------------------------------

------------------ STATE AND COVENANT ------------------
------------------ DECLARAN Y CONVIENEN ----------------

FIRST: That the Borrower is the owner of the
PRIMERO: Que el Deudor Hipotecario es dueño de la propiedad o

property or properties described in Paragraph
propiedades descritas en el Párrafo Octavo de esta Escritura,

Eighth of this Deed, hereinafter called the "Prop-
denominada en lo sucesivo la "Propiedad" y tiene el derecho

erty" and has the right to mortgage the Property,
de hipotecar la Propiedad; que la Propiedad está libre de

that the Property is unencumbered, except for
cargas y gravámenes, excepto por las cargas inscritas y que el



PUERTO RICO REVISED FORM AUGUST 1996

SAN JUAN ABSTRACT COMPANY
BANKTRUST PLAZA, SUITE 809
PONCE DE LEON #255
HATO REY, PUERTO RICO 00917



encumbrances of record and that the borrower will
Deudor Hipotecario garantizará y defenderá su título a la Pro-

warrant and defend the title to the Property
piedad contra toda reclamación y demanda. ------------------------
--------------------------------------------------------------------
against all claims and demand. ------------------------
--------------------------------------------------------------------

SECOND: That as evidence of a loan received from
SEGUNDO: Que como evidencia de un préstamo recibido del Acree-

Lender, the Borrower as of this date has sub-
dor Hipotecario, el Deudor Hipotecario ha suscrito en esta

scribed a promissory note in the sum of SEVENTY FOUR-------
misma fecha un pagaré por la suma de----------------------------
THOUSAND THREE HUNDRED NINETY NINE----------------
--------------------------------------------------------------------
Dollars (US $   74,399.00--------------) with interest at
Dólares (US $ -----------------------------) con intereses a razón del

the rate of      SEVEN-----------------------------percent
-------------------------------por ciento (----------%) anual.

( 7.00------%) per annum until the total satisfaction
hasta el saldo total del mismo, pagadero a favor de ----------------

of the same, payable to DORAL FINANCIAL CORPORATION doing----
business as H.F. MORTGAGE BANKERS---------------o a su orden y
-------------------------------or its order, the principal
pagadero el principal e intereses en plazos mensuales ----------------

and interest being payable in monthly installments
de -------------------------------------------------------------------
of FOUR HUNDRED NINETY FOUR DOLLARS AND NINETY EIGHT
CENTS---------------------------------------------------------------
Dollars (US $   494.98-------) commencing on the first
Dólares (US $-------------}-comenzando el día primero de

day of NOVEMBER,----------Two Thousand One----------
-------------------------------de dos mil--------------------

(20 01-----)and a like amount on the first day of each
(20-------------}- e igual cantidad en cada uno de los días primero de

succeeding month until full payment of the debt,
cada mes subsiguiente hasta el pago total de la deuda, la cual

which if not paid earlier, will be totally due and
si no es pagada antes, será totalmente vencedera y pagadera el

payable on the first day of   OCTOBER------------------Two
primer día de -------------------------------del ----------------------

Thousand THIRTY ONE------(20 31-----)-authenticated by
Dos Mil----------------------(20----------}-autenticado por el

the authorizing Notary, as per Affidavit Number
Notario autorizante, bajo Afidávit Número ----------------------------
-------------------------5656-----------------------

THIRD: In order to guarantee the total and com-
TERCERO: Con el propósito de garantizar el total y completo

plete payment of the debt as evidenced by the
pago de la deuda que evidencia el pagaré descrito anteriormente,

above described promissory note, as well as each
así como todas y cada una de las condiciones que el mismo con-

PUERTO RICO REVISED FORM AUGUST 1996

and every one of the conditions therein contained,
tiene, y para garantizar además tres sumas adicionales de ------------

and to further secure three additional amounts of
----------------------------------------------------------

seven thousand four hundred thirty nine-----each,
dollars and ninety cents($7,439.90)------cada una.

which are stipulated to cover (a) interest in ad-
que se fijan para cubrir (a) intereses además de los garanti-

dition to those secured by law, (b) the amount
zados por la ley, (b) la suma que el deudor se obliga a satis-

which the debtor undertakes to pay as a liquidated amount
facer como suma líquida sin necesidad de liquidación y apro-

without necessity for liquidation and ap-
bación por el tribunal para costas, gastos y honorarios de

proval by the court to cover costs, expenses and
abogado para el caso de que el tenedor del pagaré tome acción

attorney's fees in the event the holder of the
judicial en ejecución de hipoteca y (c) cualesquiera otros ade-

Note has to take recourse to foreclose or judicial
lantos que puedan hacerse dentro de este contrato además de las

collection, and (c) any other advances that may be
cantidades que el pagaré expresa, el Deudor Hipotecario por la

made under this contract in addition to the
presente constituye una Primera Hipoteca (Hipoteca) sobre la

amounts stated in the Note, the Borrower hereby
Propiedad que ha sido descrita en el Párrafo Octavo, incluyendo

constitutes a First Mortgage (Security Instrument)
todas sus edificaciones, maquinarias, instalaciones y cualquier

on the Property described in Paragraph Eighth,
otro edificio o edificios y estructuras que se construyan en la

including all of its buildings, machinery, in-
Propiedad así como cualquier otra maquinaria o instalaciones

stallations and any other building or buildings
que se coloquen en la Propiedad o en los edificios que existan

and structures that may be constructed on it as
en la misma, o que sean construidas allí en el futuro, durante

well as any other machinery or installations that
la vigencia de esta Hipoteca, incluyendo todos sus usos, servi-

may be placed on the Property or in the buildings
dumbres y demás pertenencias, así como sus rentas y productos

existing on the same or which may be constructed
de las mismas y todos los aparatos e instalaciones de cualquier

thereon in the future, during the period of time
clase para suplir y distribuir calor, refrigeración, alumbrado,

that the mortgage is in effect, including all of
calefacción, agua o energía y todo el servicio e instalaciones

its uses, servitudes and other appurtenances, as
necesarias instaladas o que se instalen en el futuro en la Pro-




PUERTO RICO REVISED FORM AUGUST 1996

well as its rents and the product of the same and all
piedad y en general sobre todo derecho de propiedad, título e interés

apparatus and installations of any kind for the fur-
que tenga el otorgante sobre la Propiedad. -----------------------

nishing and distribution of heat, refrigeration, light, water or
-------------------------------------------------------------------

power and all the services and necessary
-------------------------------------------------------------------

installations presently installed upon or which may
-------------------------------------------------------------------

be in the future installed upon the Property and in
-------------------------------------------------------------------

general upon all of the property rights, title and
-------------------------------------------------------------------

interest that the executing party may have in the
-------------------------------------------------------------------

Property. ----------------------------------------------------------
-------------------------------------------------------------------

FOURTH: Borrower and Lender further covenant and agree
CUARTO: El Deudor Hipotecario y el Acreedor Hipotecario pactan

as followS: -------------------------------------------------------
y convienen, además: ----------------------------------------------

----- 1. Payment of Principal, Interest and Late Charge. -----
---1. Pago de Principal, Intereses y Recargos por Demora. El Deudor

Borrower shall pay when due the principal of, and
Hipotecario pagará puntualmente, a su vencimiento, el principal

interest on the debt evidenced by the Note and late
más los intereses sobre la deuda evidenciada por el Pagaré y los

charges due under the Note. -------------------------------
recargos por demora adeudados conforme al Pagaré. -----------------

---2. Monthly Payment of Taxes, Insurance and Other
----- 2. Pago Mensual de Contribuciones, Seguros y Otros Cargos.

Charges. Borrower shall include in each monthly pay-
El Deudor Hipotecario incluirá con cada pago mensual, junto con

ment, together with the principal and interest as set
el principal e intereses pactados en el Pagaré y cualquier recargo

forth in the Note and any late charges, a sum for
por demora adeudado, una suma para (a) contribuciones tasadas o

(a) taxes and special assessments levied or to be
impuestas o a ser tasadas o impuestas sobre la Propiedad, (b) pagos

levied against the Property, (b) leasehold payments
de cánones de arrendamiento o de renta para el terreno donde ubica

or ground rents on the Property, and (c)premiums for
la Propiedad, y (c) primas de seguro requeridas en el Párrafo 4.

insurance required under Paragraph 4. In any year
En cualquier año en que el Acreedor Hipotecario deba pagar una

in which the Lender must pay a mortgage insurance
prima de seguro al Secretario de ----------------------------------

premium to the . Secretary

PUERTO RICO REVISED FORM AUGUST 1996

of Housing and Urban Development ("Secretary"), or
Desarrollo Urbano y Vivienda ("Secretario"), o en cualquier año

in any year in which such premium would have been
en que dicha prima pudiese ser requerida si el Acreedor Hipote-

required if Lender still held the Security Instru-
cario aún es el tenedor del Instrumento Garantizador, cada pago

ment, each monthly payment shall also include
mensual incluirá cualquier de: (i) una suma igual a la prima

either: i) a sum for the annual mortgage insur-
de seguro anual a ser pagada por el Acreedor Hipotecario al

ance premium to be paid by lender to the Secre-
Secretario, o (ii) un cargo mensual en lugar de la prima de

tary, or (ii) a monthly charge instead of a mort-
seguro si el Instrumento Garantizador retenido por el Secreta-

gage insurance premium if this Security Instrument
rio es una suma razonable determinada por el Secretario,

is held by the Secretary, in a reasonable amount
Excepto por el cargo mensual impuesto por el Secretario, estos

to be determined by the Secretary. Except for the
conceptos se llamarán "Partidas de Plica", y los fondos pagados

monthly charge by the Secretary, these items are
al Acreedor Hipotecario se llamarán "Fondos de Plica" ----------------

called "Escrow Items" and the sums paid to lender
-------------------------------------------------------------------

are called "Escrow Funds." --------------------------------------
-------------------------------------------------------------------

------ Lender may, at any time, collect and hold
---- El Acreedor Hipotecario podrá, en cualquier momento, cobrar

amounts for Escrow Items in an aggregate amount
y retener Partidas de Plica en una cantidad agregada que no

not to exceed the maximum amount that may be
excederá la suma máxima que pudiese ser requerida para la

required for Borrower's escrow account under the
cuenta de plica del Deudor Hipotecario bajo el "Real Estate

Real Estate Settlement Procedures Act of 1974,
Settlement Procedures Act" del 1974, 12 U.S.C. § 2601 et seq. y

12 U.S.C.§2601 et seq. and implementing regula-
sus Reglamentos, 24 C.F.R. Part 3500, según sean enmendados

tions, 24 C.F.R. Part 3500, as they may be amended
de tiempo en tiempo ("RESPA"), excepto que la reserva permitida

from time to time ("RESPA"), except that the
por RESPA para desembolsos no anticipados o desembolsos hechos

cushion or reserve permitted by RESPA, for unan-
con anterioridad a la disponibilidad de los fondos del Deudor

ticipated disbursements or disbursements made
Hipotecario en la cuenta no podrán estar basados en las canti-

before the Borrower's payments are available in
dades vencidas para la prima de seguro de hipoteca. --------------------

the account may not be based on amounts due for
-------------------------------------------------------------------







the mortgage insurance premium. ------------------------
-------------------------------------------------------

---- If the amounts held by Lender for Escrow Items
--------- Si las cantidades retenidas por el Acreedor Hipotecario para

exceed the amounts permitted to be held by RESPA,
las Partidas de Plica excedieran las cantidades permitidas por

Lender shall account to Borrower for the excess
RESPA, el Acreedor Hipotecario dispondrá del exceso de los fon-

funds as required by RESPA. -------------------------
dos en la forma requerida por RESPA. ------------------------------

----- If the amounts of funds held by Lender at any
----- Si los fondos retenidos por el Acreedor Hipotecario en cual-

time is not sufficient to pay the Escrow Items
quier momento no fuesen suficientes para pagar las Partidas

when due, Lender may notify the Borrower and re-
de Plica a su vencimiento, el Acreedor Hipotecario podrá noti-

quire Borrower to make up the shortage as permit-
ficar y requerir al Deudor Hipotecario pagar la diferencia

ted by RESPA. --------------------------------------------
según permitido por RESPA. ------------------------------------

----- The Escrow Funds are pledged as additional
----- Los Fondos en Plica se pignoran como garantía adicional a

security for all sums secured by this Security
todas las sumas aseguradas por esta Hipoteca. Si el Deudor

Instrument. If Borrower tenders to Lender the
Hipotecario satisface al Acreedor Hipotecario dichas sumas,

full payment of all such sums, Borrower's account
la cuenta del Deudor Hipotecario se acreditará por el balance

shall be credited with the balance remaining for
pendiente en las partidas (a), (b) y (c) y cualquier plazo de

all installments items (a), (b), and (c) and any
prima de seguro que el Acreedor Hipotecario no ha sido obligado

mortgage insurance premium installment that Lender
a pagar al Secretario, y el Acreedor Hipotecario reembolsará

has not become obligated to pay to the Secretary,
prontamente el exceso de los fondos al Deudor Hipotecario.

and Lender shall promptly refund any excess funds
Inmediatamente antes de la venta mediante la ejecución de la

to Borrower. Immediately prior to a foreclosure
hipoteca de la Propiedad o su adquisición por el Acreedor Hipo-

sales of the Property or its acquisition by Lender,
tecario, la cuenta del Deudor Hipotecario deberá acreditarse

Borrower's account shall be credited with any bal-
con cualquier balance resultante de todas las partidas (a), (b),

ance remaining for all installments for items (a),
y (c).

(b) and (c). ------------------------------------------------
-----------------------------------------------------------

---- 3. Application of Payments. All payments under
------ 3. Aplicación de Pagos. Todos los pagos bajo los Párrafos

PUERTO RICO REVISED FORM AUGUST 1996

Paragraphs 1 and 2 shall be applied by Lender as
1 y 2 serán aplicados por el Acreedor Hipotecario como sigue: -----------

follows:     --------------------------------------------------
--------------------------------------------------------------

-:- First, to the mortgage insurance premium to be
---- Primero, a la prima del seguro hipotecario a ser pagada por

paid by Lender to the Secretary or to the monthly
el Acreedor Hipotecario al Secretario o al cargo mensual paga-

charge by the Secretary instead of the monthly
dero al Secretario en lugar de la prima mensual del seguro

mortgage insurance premium; -------------------------------
hipotecario; --------------------------------------------------

----- Second, to any taxes, special assessments,
--------- Segundo, a cualquier tipo de contribuciones, impuestos

leasehold payments or ground rents, and fire,
especiales,     cánones de arrendamiento  o  renta por el uso  del

flood and other hazard insurance premiums, as
suelo donde ubica la Propiedad y las primas de seguro contra

required; ------------------------------------------------------
fuego, inundaciones y otros riesgos, según requeridas; --------------------

---- Third, to interest due under the Note; ---------
----- Tercero, a intereses vencidos conforme el Pagaré. ----------------------

---- Fourth, to amortization of the principal of the
------ Cuarto, a la amortización del principal del Pagaré; --------------------

Note; and -----------------------------------------------------
--------------------------------------------------------------

---- Fifth, to late charges due under the Note. ------------------
------ Quinto,   a los recargos por demora adeudados conforme el

--------------------------------------------------------------
Pagaré. -------------------------------------------------------

----- 4. Fire, Flood and Other Hazard Insurance.
----- 4. Seguros Contra Fuego, Inundaciones y Otros Riesgos. El

Borrower shall insure all improvements on the
Deudor Hipotecario asegurará las mejoras ahora existentes o

Property, whether now in existence or subsequently
subsiguientemente  edificadas sobre la Propiedad, contra ries-

erected, against any hazards, casualties and
gos, pérdidas y contingencias, incluyendo fuego, para los cua-

contingencies, including fire, for which Lender
les el Acreedor Hipotecario exige seguro. Dicho seguro será

requires insurance. This insurance shall be main-
mantenido en las cantidades y por los plazos que el Acreedor

tained in the amounts and for the periods that
Hipotecario requiera. El Deudor Hipotecario también asegurará

Lender requires. Borrower shall also insure all
las mejoras ahora existentes en la Propiedad o eregidas subsi-

improvements on the Property, whether now in
guientemente, contra pérdidas por inundaciones hasta donde lo

existence or subsequently erected, against loss by
requiera el Secretario. Todo seguro será proporcionado por



PUERTO RICO REVISED FORM AUGUST 1996

flood    to    the    extent    required    by    the    Secretary.
compañías de seguro aprobadas por el Acreedor Hipotecario. Las

All insurance shall be carried with companies
pólizas de seguro y sus renovaciones serán retenidas por el

approved   by   Lender.   The   insurance   policies   and
Acreedor Hipotecario e incluirán cláusulas de pago por pérdidas

any    renewals    shall  be  held  by  Lender  and  shall
a favor de, y en forma aceptable al Acreedor Hipotecario. -------------------

include   loss   payable   clauses   in   favor   of,   and   in   a
-------------------------------------------------------------------------------

form acceptable to, Lender. -------------------------------------
-------------------------------------------------------------------------------

------- In the event of loss, Borrower shall give
------- En caso de pérdida, el Deudor Hipotecario notificará de

Lender   immediate   notice   by   mail.   Lender   may   take
inmediato por correo al Acreedor Hipotecario. El Acreedor

proof   of   loss   if   not   made   promptly   by   Borrower.
Hipotecario podrá presentar prueba de su pérdida si el Deudor

Each insurance company concerned is hereby author-
Hipotecario no lo hiciere prontamente. Cada compañía de seguro

ized   and   directed   to   make   payments   for   such   loss
concernida queda por la presente autorizada y ordenada para que

directly   to   Lender,   instead   of   to   borrower   and   to
efectúe el pago por tales pérdidas directamente al Acreedor

Lender jointly. ----------------------------------------------------
Hipotecario en lugar de hacerlo al Deudor Hipotecario y al

-------------------------------------------------------------------------------
Acreedor Hipotecario conjuntamente. --------------------------------------

----- All or any part of the insurance proceeds may
------ Todo o cualquier parte del producto del seguro puede ser

be   applied   by   Lender   at   its   option,   either   (a)   to
aplicado por el Acreedor Hipotecario, a opción suya, (a) a la

the   reduction   of   the   indebtedness   under   the   Note
reducción de la deuda bajo el Pagaré y esta Hipoteca, primero a

and   this   Security   Instrument,   first   to   any   delin-
las cantidades atrasadas, aplicado en el orden indicado en el

quent   amounts   applied   in   the   order   in   Paragraph   3,
Párrafo 3 y luego al pre-pago de principal, o (b) a la restau-

and   then   to   prepayment   of   principal,   or   (b)   to   the
ración o reparación de la Propiedad damnificada. Cualquier

restoration   or   repair   of   the   damaged   property.
aplicación del producto del seguro al principal no extenderá ni

Any   application   of   the   proceeds   to   the   principal
pospondrá la fecha de vencimiento de los pagos mensuales a que

shall   not   extend   or   postpone   the   due   date   of   the
se hace referencia en el Párrafo 2, ni cambiará la suma de di-

monthly   payments   which   are   referred   to   in   Para-
chos pagos. Cualquier exceso en el producto del seguro sobre

graph   2,   or   change   the   amount   of   such   payments:
la cantidad requerida para pagar la totalidad de la deuda bajo

PUERTO RICO REVISED FORM AUGUST 1996

Any excess insurance proceeds over an amount
el Pagaré y esta Hipoteca será pagadero a la entidad con dere-

required to pay all outstanding indebtedness under
cho a ese pago. --------------------------------------------

the Note and this Security Instrument shall be
--------------------------------------------------------------

paid to the entity legally entitled thereto. ---------------------
--------------------------------------------------------------

------ In the event of foreclosure of this Security
------- En caso de ejecución de esta Hipoteca o de cualquier otra

Instrument or other transfer of title to the
transferencia del título de la propiedad que extinga la deuda,

Property that extinguishes the indebtedness, all
todo derecho, título e interés del Deudor Hipotecario en póli-

right, title and interest of Borrower in and to
zas de seguro vigentes pasarán al comprador. -------------------

insurance policies in force shall pass to the
--------------------------------------------------------------

purchaser. ----------------------------------------------------
--------------------------------------------------------------

----- 5. Occupancy, Preservation, Maintenance and
---- 5. Ocupación, Preservación, Mantenimiento y Protección de

Protection of the Property; Borrower's Loan Appli-
la Propiedad; Solicitud de Préstamo del Deudor Hipotecario;

cation; Leaseholds. Borrower shall occupy, estab-
Arrendamientos. El Deudor Hipotecario deberá ocupar, estable-

lish, and use the Property as Borrower's principal
cer y usar la Propiedad como su residencia principal dentro de

residence within sixty days after the execution of
los sesenta días siguientes al otorgamiento de esta Hipoteca (o

this Security Instrument (or within sixty days of
dentro de sesenta días siguientes a una venta o cesión subsi-

a later sale or transfer of the Property) and
guiente de la Propiedad) y deberá continuar ocupando la Propie-

shall continue to occupy the property as Borrow-
dad como su residencia principal hasta por lo menos un año des-

wer's principal residence for at least one year
pues de la fecha de ocupación de la misma, a menos que el

after the date of occupancy, unless Lender deter-
Acreedor Hipotecario determine que este requerimiento puede

mines that requirement will cause undue hardship
causar problemas excesivos al Deudor Hipotecario, o a menos que

to Borrower, or unless extenuating circumstances
existan circunstancias atenuantes que estén fuera del control

exist which are beyond Borrower's control.
del Deudor Hipotecario. El Deudor Hipotecario deberá notificar

Borrower shall notify Lender of all extenuating
al Acreedor Hipotecario de cualquiera de estas circunstancias

circumstances. Borrower shall not commit waste or
atenuantes. El Deudor Hipotecario no causará menoscabo, ni





Page 9 of 31                                    PUERTO RICO REVISED FORM AUGUST 1996

destroy, damage or substantially change the Prop-
destruirá, dañará ni sustancialmente alterará la Propiedad

erty or allow the Property to deteriorate, reason-
ni permitirá que la Propiedad se deteriore excepto por el uso y

able wear and tear excepted. Lender may inspect
desgaste normal. El Acreedor Hipotecario podrá inspeccionar

the Property if the Property is vacant or aban-
la Propiedad si estuviese desocupada o abandonada o si hubiese

doned or the loan is in default. Lender may take
incumplimiento del préstamo. El Acreedor Hipotecario podrá

reasonable action to protect and preserve such
tomar aquella acción razonable que sea necesaria para proteger

vacant or abandoned Property. Borrower shall also
y cuidar dicha Propiedad desocupada o abandonada. El Deudor

be in default if Borrower, during the loan appli-
Hipotecario también estará en incumplimiento si durante el pro-

cation process, gave materially false or accu-
ceso de solicitar el préstamo hubiese dado al Acreedor Hipote-

rate information or statements to Lender (or
cario información o declaraciones materialmente falsas o in-

failed to provide Lender with any material infor-
exactas (o dejara de proveer al Acreedor Hipotecario informa-

mation) in connection with the loan evidenced by
ción pertinente o necesaria) en relación con el préstamo evi-

the Note, including, but not limited to, represen-
denciado por el Pagaré, incluyendo, pero sin limitarse a,

tations concerning Borrower's occupancy of the
representaciones relacionadas con la ocupación por el Deudor

Property as a principal residence. ------------------------------
Hipotecario de la Propiedad como su residencia principal. ------------------

------- If this Security Instrument is on a leasehold,
------- Si esta Hipoteca recae sobre un derecho de arrendamiento, el

Borrower shall comply with the provisions of the
Deudor Hipotecario cumplirá con los términos de dicho arrenda-

lease. If Borrower acquires fee title to the
miento. Si el Deudor Hipotecario adquiere título en pleno

Property, the leasehold and fee title shall not be
dominio sobre la Propiedad, el derecho de arrendamiento y el

merged unless Lender agrees to the merger in
título en pleno dominio no se consolidarán a menos que el

writing. ---------------------------------------------------------
Acreedor Hipotecario dé su consentimiento por escrito. ----------------------

------- 6. Condemnation. The proceeds of any award or
--------- 6. Expropiación. El producto de cualquier laudo o reclama-

claim for damages, direct or consequential, in
ción por daños, directos, emergentes o resultantes, en relación

connection with any condemnation or other taking
con cualquier expropiación forzosa o por traspaso en lugar de

of any part of the Property, or for conveyance in-
expropiación, quedan por la presente cedidos y serán pagados al

PUERTO RICO REVISED FORM AUGUST 1996

place   of   condemnation,   are   hereby   assigned   and
Acreedor Hipotecario hasta la cantidad total adeudada bajo el

shall   be   paid   to   Lender   to   the   extent   of   the   full
Pagaré y esta Hipoteca. --------------------------------------------

amount   of   the   indebtedness   that   remains   unpaid
---------------------------------------------------------------------

under   the   note   and   this   Security   Instrument.
---------------------------------------------------------------------

----- Lender   shall   apply   such   proceeds   to   the   reduc-
---------- El Acreedor Hipotecario aplicará dichos fondos a la reduc-

tion   of   the   indebtedness   under   the   Note   and   this
ción de la deuda bajo el Pagaré y esta Hipoteca, primero a

Security   Instrument,   first   to   any   delinquent
cualquier cantidad atrasada, en el orden dispuesto en el

amount   applied   in   the   order   provided   in   Para-
Párrafo 3 y luego al prepago del principal. Cualquier aplica-

graph   3,   and   then   to   prepayment   of   principal.   Any
ción de los fondos al principal no extenderá ni pospondrá la

application   of   the   proceeds   to   the   principal   shall
fecha de vencimiento de los pagos mensuales a que se hace

not   extend   or   postpone   the   due   date   of   the   monthly
referencia en el Párrafo 2, ni cambiará la cantidad de dichos

payments,   which   are   referred   to   in   paragraph   2,   or
pagos. Cualquier exceso en los fondos sobre la cantidad nece-

change   the   amount   of   such   payments.   Any   excess
suria para pagar la totalidad de la deuda bajo el Pagaré y esta

proceeds   over   an   amount   required   to   pay   all   out-
Hipoteca será pagado a la entidad con derecho a recibirlo. ----------------------

standing   indebtedness   under   the   Note   and   this
---------------------------------------------------------------------

Security   Instrument   shall   be   paid   to   the   entity
---------------------------------------------------------------------

legally entitled thereto. ---------------------------------------------
---------------------------------------------------------------------

-------- 7.   Charges   to   Borrower   and   Protection   of
----- 7. Cargos al Deudor Hipotecario y Protección de los Dere-

Lender's   Rights   in   the   Property.   Borrower   shall
chos del Acreedor Hipotecario Sobre la Propiedad. El Deudor

pay   all   governmental   or   municipal   charges,   fines
Hipotecario pagará todo cargo, penalidad o impuesto guberna-

and   impositions   that   are   not   included   in   Para-
mental o municipal que no esté incluido en el Párrafo 2. El

graph   2.   Borrower   shall   pay   these   obligations   on
Deudor Hipotecario pagará dichas obligaciones a tiempo direc-

time   directly   to   the   entity   which   is   owed   the
tamente a la entidad a la cual se le adeude dicho pago. Si la

payment.   If   failure   to   pay   would   adversely   affect
falta de pago afectase adversamente el interés del Acreedor

Lender's   interest   in   the   Property,   upon   Lender's
Hipotecario en la Propiedad, el Deudor Hipotecario, a solici-



PUERTO RICO REVISED FORM AUGUST 1996

request Borrower shall promptly furnish to Lender
tud del Acreedor Hipotecario, le suministrará prontamente los

receipts evidencing these payments. ---------------------------
recibos que evidencien dichos pagos. --------------------------------

------ If Borrower fails to make these payments or the
----- Si el Deudor Hipotecario no hace dichos pagos o los requeri-

payments required by Paragraph 2, or fails to per-
dos bajo el Párrafo 2, o deja de cumplir con algún otro pacto o

form any other covenants and agreements contained
convenio contenido en esta Hipoteca, o si existiera un proce-

in this Security Instrument, or there is a legal
dimiento legal que pudiera afectar significativamente los

proceeding that may significantly affect Lender's
derechos del Acreedor Hipotecario sobre la Propiedad (tal como

rights in the Property (such as a proceeding in
un procedimiento de quiebra, de expropiación para hacer valer

bankruptcy, for condemnation or to enforce laws or
las leyes o reglamentos), entonces, el Acreedor Hipotecario

regulations), then Lender may do and pay whatever
podrá hacer y pagar lo que sea necesario para proteger el valor

is necessary to protect the value of the Property
de la Propiedad y sus derechos sobre la misma, incluyendo el

and Lender's rights in the Property, including
pago de impuestos, seguro contra riesgos y otros renglones

payment of taxes, hazard insurance and other items
mencionados en el Párrafo 2. -------------------------------------------

mentioned in Paragraph 2. ----------------------------------
--------------------------------------------------------------------------------

----- Any amounts disbursed by Lender under this
-------- Cualquier cantidad desembolsada por el Acreedor Hipotecario

Paragraph shall become an additional debt of
bajo este Párrafo se convertirá en una obligación adicional del

Borrower and be secured by this Security Instru-
Deudor Hipotecario y estará asegurada por esta Hipoteca.

ment. These amounts shall bear interest from the
Dichas cantidades devengarán intereses desde la fecha de desem-

date of disbursement at the Note's rate, and at
bolso, a la tasa del Pagaré y a opción del Acreedor Hipoteca-

the option of Lender shall be immediately due and
rio, advendrán vencederas y pagaderas inmediatamente. ---------------

payable. ----------------------------------------------------------
--------------------------------------------------------------------------------

------ Borrower shall promptly discharge any lien
----- El Deudor Hipotecario liberará prontamente cualquier grava-

which has priority over this Security Instrument
men que tenga prioridad sobre esta Hipoteca a menos que el

unless Borrower: (a) agrees in writing to the
Deudor Hipotecario: (a) acuerde por escrito el pago de la

payment of the obligation secured by the lien in a
obligación que garantiza dicho gravamen de manera aceptable al

    PUERTO RICO REVISED FORM AUGUST 1996

manner acceptable to Lender; (b) contests in good
Acreedor Hipotecario; (b) dispute de buena fe el gravamen o se

faith the lien by, or defends against enforcement
defienda de la ejecución del gravamen en procesos legales que

of the lien in legal proceedings which in the
en la opinión del Acreedor Hipotecario actúa para prevenir su

Lender's opinion operate to prevent the enforce-
ejecución; o (c) obtiene del portador del gravamen un acuerdo

ment of the lien; or (c) secures from the holder
satisfactorio al Acreedor Hipotecario subordinando el gravamen

of the lien an agreement satisfactory to Lender
a esta Hipoteca. Si el Acreedor Hipotecario determina que al-

subordinating the lien to this Security Instru-
guna parte de la Propiedad está sujeta al gravamen de rango

ment. If Lender determines that any part of the
superior a esta Hipoteca, el Acreedor Hipotecario notificará

Property is subject to a lien which may attain
al Deudor Hipotecario la identificación del gravamen. El Deu-

priority over this Security Instrument, Lender may
dor Hipotecario satisfacerá el gravamen o tomará una o más de

give Borrower a notice- identifying the lien.
las acciones arriba mencionadas dentro de 10 días de la noti-

Borrower shall satisfy the lien or take one or
ficación. ----------------------------------------------------------

more of the actions set forth above within 10 days
---------------------------------------------------------------------

of the giving of notice. -------------------------------------
---------------------------------------------------------------------

----- 8. **Fees.** Lender may collect fees and charges
--------------- 8. Honorarios. El Acreedor Hipotecario podrá cobrar los

authorized by the Secretary. ----------------------------------
honorarios y cargos autorizados por el Secretario. ---------------

---- 9. Grounds for Acceleration of Debt. ----------------------
----- 9. Bases para la Aceleración de la Deuda ----------------------

----- (a) Default. Lender may, except as limited by
------ (a) Incumplimiento. El acreedor Hipotecario podrá, sujeto

regulations issued by the Secretary in the case of
a las limitaciones contenidas en las reglamentaciones estable-

payment defaults, require immediate payment in
cidas por el Secretario para el caso de incumplimiento de

full of all sums secured by this Security Instru-
pagos, requerir el pago total inmediato de todas las sumas

ment if: ------------------------------------------------------------
garantizadas por esta Hipoteca si: -----------------------------------

------ (i) Borrower defaults by failing to pay in
------- (i) El Deudor Hipotecario incumple al no pagar comple-

full any monthly payment required by this Security
tamente cualquier pago mensual requerido por esta Hipoteca, en o

Instrument prior to or on the due date of the next
antes del vencimiento del pago mensual siguiente, o ------------------------




PUERTO RICO REVISED FORM AUGUST 1996

-------- monthly payment, or ----------------------------------------------
--------------------------------------------------------------------------

--------- (ii)    Borrower  defaults   by   failing,  for  a
-------------- (ii) El Deudor Hipotecario incumple al dejar de efectuar

period  of  thirty  days,  to  perform  any  other  obli-
durante un término de treinta   días,   cualquier   otra   obligación

gations contained in this Security Instrument. --------------
contenida en esta Hipoteca. --------------------------------------------

------- (b)  Sale  Without  Credit  Approval.  Lender
------------ (b) Venta sin Aprobación de Crédito. El Acreedor Hipoteca-

shall,  if  permitted  by  applicable  law  (including
rio podrá,  si   fuera   permitido por el derecho aplicable (inclu-

section 341 (d) of the Garn-St. Germain Depository
yendo la sección 341 (d) de la Ley Garn-St. Germain Depository

Institutions Act of 1982, 12 U.S.C. § 1701j-3 (d))
Institutions   Act de 1982, 12 U.S.C. § 1701j-3 (d) y con la pre-

and  with  the  prior  approval  of  the Secretary,
via aprobación del  Secretario, requerir el  pago  inmediato de la

require immediate payment in full  of  all  sums
totalidad de todas  las  sumas  garantizadas  por  esta  Hipoteca

secured by this Security Instrument if: --------------------
si: ------------------------------------------------------------------------

--------- (i) All or part of the Property, or a bene-
------------- (i) Todo o parte de la Propiedad, o una participación en

ficial  interest  in  a  trust owning  all  or part of
un fideicomiso dueño de todo o  de   parte  de   la  Propiedad,   es

the    Property,   is   sold   or otherwise  transferred
vendida o de otra forma transferida por el Deudor  Hipotecario

(other than by devise or descent), and -------------------------
(excepto por legado o herencia), y ----------------------------------

--------- (ii) The Property is not occupied by the
------------- (ii) La Propiedad no está ocupada por el comprador o

purchaser  or  grantee  as  his  or  her  principal  resi-
cesionario  como  su  residencia principal  o,  de estarlo,  si  su

dence,  or  the  purchaser or grantee does so occupy
crédito no ha sido aprobado de acuerdo con  los  requisitos  del

the Property, but his or her credit has  not  been
Secretario. -----------------------------------------------------------

approved  in  accordance  with  the  requirements  of
--------------------------------------------------------------------------

the Secretary. --------------------------------------------------------
--------------------------------------------------------------------------

------ (c)  No  Waiver.  If  circumstances  occur  that
---------- (c) No Habrá Renuncia. Si ocurrieran circunstancias que

would  permit  Lender  to  require  immediate  payment
permitan   al  Acreedor  Hipotecario  requerir  el  pago  total  inme-

in full, but Lender does not require such payment,
diato y   no   lo hiciera, el Acreedor Hipotecario no renuncia sus

Lender  does  not  waive  its  rights  with  respect  to
derechos respecto a eventos subsiguientes. -----------------------------

PUERTO RICO REVISED FORM AUGUST 1996

subsequent events. ------------------------------------------------
-----------------------------------------------------------------

------- (d) Regulations of HUD Secretary. In many
------------ (d) Reglamentos del Secretario de HUD. En muchas circuns-

circumstances regulations issued by the Secretary
tancias los reglamentos emitidos por el Secretario limitarán

will limit Lender's rights, in the case of payment
los derechos del Acreedor Hipotecario, en el caso de incum-

default, to require immediate payment in full and
plimiento, para requerir el pago total inmediato y para proce-

to foreclose if not paid. This Security Instru-
der a la ejecución si no lo satisfacen. Esta Hipoteca no auto-

ment does not authorize acceleration or foreclo-
riza aceleración de pago o ejecución de Hipoteca a menos que

sure if not permitted by regulations of the
ello sea permitido por los reglamentos del Secretario. ------------------

Secretary. --------------------------------------------------------
-----------------------------------------------------------------

--------- (e) Mortgage not Insured. Borrower agrees
--------- (e) Hipoteca No Asegurada. El Deudor Hipotecario conviene

that if this Security Instrument and the Note are
que si esta Hipoteca y el pagaré por ella garantizado no fueran

not determined to be eligible for insurance under
elegibles para ser asegurados bajo la Ley Nacional de Vivienda

the National Housing Act within ninety (90) days
dentro de noventa (90) días desde esta fecha, el Acreedor

from the date hereof, Lender, may at its option
Hipotecario podrá requerir, a opción suya, el pago total inme-

require immediate payment in full of all sums
diato de todas las sumas garantizadas por esta Hipoteca. La

secured by this Security Instrument. A written
declaración por escrito de cualquier agente autorizado del

statement of any authorized agent of the Secretary
Secretario fechada con posterioridad de noventa (90) días de

dated subsequent to ninety (90) days from the date
la fecha de ésta, negándose a asegurar esta Hipoteca y el

hereof, declining to insure this Security Instru-
Pagaré, se considerará prueba concluyente de tal inelegibi-

ment and the Note, shall be deemed conclusive
lidad. No obstante lo anterior, esta opción no podrá ser

proof of such ineligibility. Notwithstanding the
ejercitada por el Acreedor Hipotecario cuando la no disponibi-

foregoing, this option may not be exercised by
lidad del seguro se deba únicamente a que dicho Acreedor

Lender when the unavailability of insurance is
Hipotecario no haya remitido al Secretario la prima del seguro

solely due to Lender's failure to remit a mortgage
hipotecario. ------------------------------------------------------

insurance premium to the Secretary. ----------------------
-----------------------------------------------------------------





Page 15 of 31

------- 10. Reinstatement. Borrower has a right to be
----------- 10. Reinstalación. El Deudor Hipotecario tiene el derecho

reinstated if Lender has required immediate pay-
a que se le reinstale si el Acreedor Hipotecario le ha reque-

ment in full because of Borrower's failure to pay
rido el pago inmediato total debido a que el Deudor Hipotecario

an amount due under the Note or this Security
haya incumplido en el pago de cualquier suma adeudada bajo el

Instrument. This right applies even after f ore-
Pagaré o esta Hipoteca. Este derecho aplica aún después de

closure proceedings are instituted. To reinstate
haberse iniciado procedimiento de ejecución. Para reinsta-

the Security Instrument, Borrower shall tender in
lar la Hipoteca, el Deudor Hipotecario deberá entregar, de una

a lump sum all amounts required to bring Borrow-
sola vez, todas las sumas requeridas para poner su cuenta al

er's account current including, to the extent this
día, incluyendo hasta donde sean obligaciones del Deudor Hipo-

are obligations of borrower under this Security
tecario bajo esta Hipoteca, costas de ejecución y honorarios

Instrument, foreclosure costs and reasonable and
de abogados razonables y acostumbrados a gastos propiamente

customary attorney's fees and expenses properly
asociados con el procedimiento de ejecución. Luego de la re-

associated with the foreclosure of the proceeding.
instalación por el Deudor Hipotecario, esta Hipoteca y las

Upon reinstatement by Borrower, this Security
obligaciones que ella garantiza permanecerán en vigor como si

Instrument and the obligations that it secures
el Acreedor Hipotecario no hubiera requerido pago inmediato

shall remain in effect as if Lender had not
total. Sin embargo, el Acreedor Hipotecario no está obligado

required immediate payment in full. However,
a permitir la reinstalación si: (i) el Acreedor Hipotecario

Lender is not required to permit reinstatement if:
ya ha aceptado una reinstalación después de haber comenzado

(i) Lender has accepted reinstatement after the
un procedimiento de ejecución dentro de los dos años inme-

commencement of foreclosure proceedings within two
diatamente anteriores al comienzo del procedimiento de eje-

years immediately preceding the commencement of a
cución actual, (ii) la reinstalación impide una ejecución por

current foreclosure proceeding, (ii) reinstatement
razones diferentes en el futuro, o (iii) la reinstalación habrá

will preclude foreclosure on different grounds in
de afectar adversamente el rango del gravamen creado por esta

the future, or (iii) reinstatement will adversely
Hipoteca. -----------------------------------------------------------------------

affect the priority of the lien created by this
--------------------------------------------------------------------------------

PUERTO RICO REVISED FORM AUGUST 1996

Security Instrument. -----------------------------------------------
----------------------------------------------------------------

------- 11. Borrower Not Released; Forbearance by
-------- 11. Deudor Hipotecario No Relevado; Indulgencia de Morosi-

Lender not a Waiver. Extension of the time of
dad por el Acreedor Hipotecario No Constituye Renuncia. La

payment or modification of amortization of the
prórroga de la fecha de pago, la modificación de la amortiza-

sums secured by this Security Instrument granted
ción de las sumas aseguradas por esta Hipoteca concedidas por

by Lender to any successor in interest of Borrower
el Acreedor Hipotecario a cualqueir sucesor en título del Deu-

shall not operate to release the liability of the
dor Hipotecario no relevarán de responsabilidad al Deudor

original Borrower or Borrower's successors in
Hipotecario original o a sus sucesores en título. No se reque-

interest. Lender shall not be required to com-
rirá del Acreedor Hipotecario que comience procedimientos con-

mence proceedings against any successors in inter-
tra cualquier sucesor en título ni que rehúse extender la fecha

est or refuse to extend time for payment or other-
de pago o que de otra forma modifique la amortización de las

wise modify amortization of the sums secured by
sumas garanizadas por esta Hipoteca por razón de cualquier

this Security Instrument by reason of any demand
exigencia del Deudor Hipotecario original o de sus sucesores

made by the original Borrower or Borrower's suc-
en título. Cualquier indulgencia del Acreedor Hipotecario en

cessors in interest. Any forbearance by Lender in
el ejercicio de cualesquier derecho o remedio no constituirá

exercising any right or remedy shall not be a
renuncia ni impedimento para el ejercicio de cualesquiera de

waiver of or preclude the exercise of any right or
esos derechos y remedios. ------------------------------------

remedy. -----------------------------------------------------------
----------------------------------------------------------------

------- 12. Successors and Assigns Bound; Joint and
--------- 12. Sucesores y Cesionarios Obligados; Responsabilidad

Several Liability; Co-Signers. The covenants and
Solidaria; Co-firmantes. Los pactos y convenidos contenidos en

agreements of this Security Instrument shall bind
esta Hipoteca obligarán y beneficiarán a los sucesores y cesio-

and benefit the successors and assigns of Lender
narios del Acreedor Hipotecario y del Deudor Hipotecario,

and Borrower, subject to the provisions of Para-
sujeto a las disposiciones del Párrafo 9 (b). Los pactos y

graph 9 (b). Borrower's covenants and agreements
convenios del Deudor Hipotecario serán solidarios. Cualquier

shall be joint and several. Any Borrower who co-
Deudor Hipotecario que sea co-firmante de esta Hipoteca pero no



signs this Security Instrument but does not exe-
del Pagaré: (a) es co-firmante únicamente para hipotecar todo

cute the Note: (a) is co-signing this Security
su interés y derecho sobre la Propiedad, bajo los términos y

Instrument only to mortgage, grant and convey that
condiciones contenidos en esta Hipoteca; (b) no queda perso-

Borrower's interest in the Property under the
nalmente obligado a pagar las sumas garantizadas por esta

terms of this Security Instrument; (b) is not
Hipoteca; y (c) pacta y conviene que el Acreedor Hipotecario

personally obligated to pay the sums secured by
y cualquier otro Deudor Hipotecario podrán acordar, prorro-

this Security Instrument; and (c) agrees that
gar, modificar, renunciar so llegar a cualquier otro arreglo

lender and any other Borrower may agree to extend,
sobre los términos de esta Hipoteca o del Pagaré, sin el con-

modify, forebear or make any accommodations with
sentimiento de dicho co-firmante de la Hipoteca. ----------------------------

regard to the terms of this Security Instrument or
--------------------------------------------------------------------------------------

the Note without that Borrower's consent. ----------------------
--------------------------------------------------------------------------------------

------- 13. Notices. Any notice to Borrower provided
---------- 13. Notificaciones. Toda notificación al Deudor Hipote-

for in this Security Instrument shall be given by
cario prevista en esta Hipoteca le será hecha mediante entrega

delivering to or by mailing it by First Class Mail
o por correo de Primera Clase, a menos que el derecho aplicable

unless applicable law requires use of another
requiera el uso de otro método. La notificación le será diri-

method. The notice shall be directed to the Prop-
gida a la dirección de la Propiedad o a la que el Deudor hipo-

erty address or any other address Borrower desig-
tecario haya designado mediante notificación al Acreedor hipo-

nates by notice to Lender. Any notice to Lender
tecario. Cualquier notificación al Acreedor Hipotecario se

shall be given by First Class Mail to Lender's
hará por correo de Primera Clase a su dirección expresada en

address stated herein or any address Lender desig-
ésta o a la que el Acreedor Hipotecario designe mediante

nated by notice to Borrower. Any notice provided
notificación al Deudor Hipotecario. Cualquier notificación

for in this Security Instrument shall be deemed to
prevista en esta Hipoteca se entenderá hecha al Deudor Hipo-

have been given to Borrower or Lender when given
tecario o al Acreedor Hipotecario cuando se haya hecho de la

as provided in this paragraph. ------------------------------------------------
manera dispuesta en este párrafo. ------------------------------------------------

------- 14. Governing Law; Severability. This Secu-
---------- 14. Derecho Aplicable; Separabilidad. Esta Hipoteca se

rity Instrument shall be governed by Federal Law
regirá por la ley Federal y las leyes del Estado Libre Asociado

and the laws of the Commonwealth of Puerto Rico.
de Puerto Rico. En la eventualidad de que cualquier disposi-

In the event that any provision or clause of this
ción o cláusula de esta Hipoteca o del Pagaré conflija con el

Security Instrument or the Note conflicts with
derecho aplicable, dicho conflicto no afectará las demás

applicable law, such conflict shall not affect
disposiciones de esta Hipoteca o del Pagaré que se puedan cum-

other Provisions of this Security Instrument. or
plir sin la disposición conflictiva. A estos fines las dispo-

the Note which can be given effect without the
siciones de esta Hipoteca y del Pagaré por la presente se

conflicting provision. To this end the provisions
declaran separables. ------------------------------------------------

of the Security Instrument and the Note are
------------------------------------------------------------------------

declared to be severable. --------------------------------------
------------------------------------------------------------------------

------- 15. Borrower's Copy. Borrower shall be given
---------- 15. Copia para el Deudor Hipotecario. Al Deudor Hipoteca-

one conformed copy of the Note and of this Secu-
rio se le entregará una copia concordante con esta escritura de

rity Instrument. ------------------------------------------------------
Hipoteca. ------------------------------------------------------------

------- 16. Hazardous Substances. Borrower shall not
---------- 16. Sustancias peligrosas. El Deudor Hipotecario no cau-

cause or permit the presence, use, disposal, stor-
sará o permitirá la presencia, uso, distribución, almacena-

age, or release of any Hazardous Substances on or
miento o emisión de cualquier sustancia peligrosa en la pro-

in the Property. Borrower shall not do, nor allow
piedad. El Deudor Hipotecario no hará ni permitirá que otras

anyone else to do, anything affecting the Property
personas hagan nada que afecte la Propiedad en violación a

that is in violation of any Environmental Law.
cualquier Ley Ambiental. Lo expresado en las dos oraciones

The preceding two sentences shall not apply to the
anteriores no aplicará a la presencia, uso o almacenamiento en

presence, use, or storage on the Property of small
la Propiedad de pequeñas cantidades de sustancias peligrosas

quantities of Hazardous Substances that are gen-
que son generalmente reconocidas y apropiadas para usos resi-

erally recognized to be appropriate to normal
denciales y mantenimiento de la Propiedad. ---------------------------

residencial uses and to maintenance of the
------------------------------------------------------------------------

Property. ------------------------------------------------------------
------------------------------------------------------------------------



PUERTO RICO REVISED FORM AUGUST 1996

--------- Borrower shall promptly give Lender written
--------- El Deudor Hipotecario dará prontamente al Acreedor Hipote-
notice of any investigation, claim, demand, law-
cario notificación escrita de cualquier investigación, recla-
suit or other action by any governmental or regu-
mación, demanda, litigio u otra acción por cualquier agencia
latory agency or private party involving the Pro-
gubernamental o reguladora o persona particular que afecte
erty and any Hazardous Substance or Environmental
la Propiedad y cualquier sustancia peligrosa o Ley Ambiental
Law of which Borrower has actual knowledge. If
de la cual el Deudor Hipotecario tiene conocimiento. Si el
Borrower learns, or is notified by any govern-
Deudor Hipotecario se entera o es notificado por cualquier
mental or regulatory authority, that any removal
autoridad gubernamental o reguladora, que es necesario tomar
or other remediation of any Hazardous Substances
alguna acción remediativa o remover cualquier sustancia peli-
affecting the Property is necessary, Borrower
grosa que afecta la Propiedad, el Deudor Hipotecario tomará
shall promptly take all necessary remedial actions
prontamente todas las acciones necesarias de acuerdo a la
in accordance with Environmental Law. ----------------------
Ley Ambiental. ------------------------------------------------------
---------- As used in this Paragraph 16, "Hazardous Sub-
---------- Tal como se usa en este Párrafo 16, "Sustancias Peligrosas"
stances" are those substances defined as toxic or
son aquellas sustancias definidas como tóxicas o sustancias
hazardous substances by the Environmental Law and
peligrosas por la Ley Ambiental y las siguientes sustancias:
the following substances: gasoline, kerosene,
gasolina, kerosén, otras sustancias inflamables o tóxicas
other flammable or toxic petroleum products, toxic
derivadas de petróleo, insecticidas y herbicidas, solventes
pesticides and herbicides, volatile solvents,
volátiles, materiales que contienen asbestos o formaldehído y
materials containing asbestos or formaldehyde, and
materiales radioactivos. Tales como se usa en este Párrafo 16,
radioactive materials. As used in this Para-
"Ley Ambiental" significa leyes federales y leyes de la juris-
graph 16, "Environmental Law" means federal laws
dicción donde está la Propiedad ubicada relacionadas con sani-
and laws of the jurisdiction where the Property is
dad, seguridad o protección ambiental. -------------------------------------
located that relate to health, safety or environ-
------------------------------------------------------------------------
mental protection. -------------------------------------------------
------------------------------------------------------------------------
----- 17. Assignment of Rents. Borrower uncondi-
------ 17. Cesión de Rentas. El Deudor Hipotecario incondicional-

tionally assigns and transfers to Lender all the
mente cede y transfiere al Acreedor Hipotecario todas las ren-

rents and revenues of the Property. Borrower
tas y réditos de la Propiedad. El Deudor Hipotecario autoriza

authorizes Lender or Lender's agents to collect
al Acreedor Hipotecario o sus agentes a cobrar las rentas y

the rents and revenues and hereby directs each
réditos y por la presente instruye a cada inquilino de la Pro-

tenant of the Property to pay the rents to Lender
piedad que pague las rentas al Acreedor Hipotecario o a sus

or Lender's agents. However, prior to Lender's
agentes. No obstante, antes de que el Acreedor Hipotecario

Notice to Borrower of Borrower's breach of any
notifique al Deudor Hipotecario que éste ha violado cualquier

covenant or agreement in the Security Instrument,
convenio o acuerdo contenido en la Hipoteca, el Deudor Hipote-

Borrower shall collect and receive all rents and
cario cobrará y recibirá todas las rentas y réditos de la Pro-

revenues of the Property as trustee for the bene-
piedad como fiduciario para beneficio del Acreedor y del Deudor

fit of Lender and Borrower. This assignment of
Hipotecario. Esta cesión de rentas consituye una cesión abso-

rents constitutes an absolute assignment and not
luta y no una cesión como garantía adicional únicamente. -----------------

an assignment for additional security only. -------------------
--------------------------------------------------------------------------------

------- If Lender gives notice of breach to Borrower:
---------- Si el Acreedor Hipotecario notifica una violación al Deudor

(a) all rents received by Borrower shall be held
Hipotecario:     (a) todas las rentas recibidas por el Deudor

by Borrower as trustee for benefit of Lender only
Hipotecario las retendrá únicamente en calidad de fiduciario

to be applied to the sums secured by the Security
para beneficio del Acreedor Hipotecario, para ser acreditadas a

Instrument; (b) Lender shall be entitled to col-
las sumas garantizadas por esta Hipoteca; (b) el Acreedor Hipo-

lect and receive all of the rents of the Property;
tecario tendrá derecho a cobrar y a recibir todas las rentas de

and (c) each tenant of the Property shall pay all
la Propiedad; y (c) cada inquilino de la Propiedad pagará al

rents due and unpaid to Lender or Lender's agent
Acreedor Hipotecario o a sus agentes todas las rentas vencidas

on Lender's written demand to the tenant. -------------------
y adeudadas con sólo mediar requerimiento escrito a esos

--------------------------------------------------------------------------------
efectos. --------------------------------------------------------------------------

--------- Borrower has not executed any prior assignments
------------- El Deudor Hipotecario no ha hecho cesión de las rentas ni ha

of the rents and has not and will not perform any
ejecutado ni ejecutará ningún acto que impida al Acreedor Hipo-



act that would prevent Lender from exercising its
tecario ejercitar sus derechos bajo este Párrafo 17. --------------------------

rights under this Paragraph 17. ------------------------------
--------------------------------------------------------------------------------

-------- Lender shall not be required to enter upon,
------------ Al Acreedor Hipotecario no se requerirá que entre, ni que

take control of or maintain the Property before or
tome control ni que dé mantenimiento a la Propiedad, ni antes

after giving notice of breach to Borrower. How-
ni después de notificar alguna violación al Deudor Hipotecario.

ever, Lender or a judicially appointed receiver
No obstante, el Acreedor Hipotecario o un síndico nombrado

may do so at any time there is a breach. Any
judicialmente podrá hacerlo en cualquier momento que exista una

application of rents shall not cure or waive any
violación. Cualquier aplicación de rentas no subsanará ningún

default or invalidate any other right or remedy of
incumplimiento ni invalidará ningún otro derecho o remedio del

Lender. This assignment of rents of the Property
Acreedor Hipotecario. Esta cesión de rentas de la Propiedad

shall terminate when the debt secured by the Secu-
terminará cuando la deuda garantizada por esta Hipoteca se

rity Instrument is paid in full. ------------------------------------
haya pagado en su totalidad. ------------------------------------------

-------- 18. Foreclosure Procedure. If Lender requires
----------- 18. Procedimiento de Ejecución. Si el Acreedor Hipotecario

immediate payment in full under Paragraph 9,
requiere el pago total inmediato bajo el Párrafo 9, podrá invo-

Lender may invoke the power of sale and any other
car el poder de venta y cualesquiera otros remedios permitidos

remedies permitted by applicable law. Lender
por las leyes aplicables. El Acreedor Hipotecario tendrá dere-

shall be entitled to collect all expenses incurred
cho a cobrar todos los gastos incurridos en la consecución de

in pursuing the remedies provided in this Para-
los remedios provistos en este Párrafo 18, incluyendo, sin im-

graph 18, including, but not limited to, reasona-
plicar limitación, honorarios de abogado razonables y los cos-

ble attorney's fees and cost of title evidence. --------------------
tos de evidencia de título. -------------------------------------------

------ If Lender invokes the power of sale, Lender
--------- Si el Acreedor Hipotecario invoca el poder de venta, el

shall give notice of sale to Borrower in the
Acreedor Hipotecario dará notificación de la venta al Deudor

manner provided in Paragraph 13. Lender shall
Hipotecario en la forma estipulada en el Párrafo 13. El

publish and post the notice of sale, and the
Acreedor Hipotecario publicará y anunciará el aviso de venta, y

Property shall be sold in the manner prescribed by
la Propiedad se venderá en la forma estipulada por la ley

PUERTO RICO REVISED FORM AUGUST 1996

applicable law. Lender or its designee may pur-
aplicable. El Acreedor Hipotecario o persona designada puede

chase the Property at any sale. The proceeds of
comprar la Propiedad en cualquier venta. El producto de la

the sale shall be applied in the following order:
venta será aplicado en el siguiente orden: (a) a todos los

(a) to all expenses of the sale, including, but
gastos de la venta, incluyendo, pero no limitado a, gastos

not limited to, reasonable attorney's fees; (b) to
razonables de abogado; (b) a todas las sumas garantizadas por

all sums secured by this Security Instrument; and
esta hipoteca; y (c) cualquier exceso a la persona o personas

(c) any excess to the person or persons legally
que legalmente tengan derecho a ello. --------------------------

entitled to it. ---------------------------------------------
--------------------------------------------

------ If the Lender's interest . in this Security
---------- Si el interés del Acreedor Hipotecario en esta Hipoteca está

Instrument is held by the Secretary and the Secre-
en poder del Secretario y el Secretario requiere pago total de

tary requires immediate payment in full under
inmediato bajo el Párrafo 9, el Secretario puede invocar el po-

Paragraph 9, the Secretary may invoke the non-
der de venta no judicial estipulado en la Ley de Ejecución de

judicial power of sale provided in the Single
Hipoteca Unifamiliar de 1994 ("Ley") (12 U.S.C. § 3751 et seq.)

Family Mortgage Foreclosure Act of 1994 ("Act")
solicitando la ejecución a un comisionado designado bajo la Ley

(12 U.S.C. § 3751 et seq.) by requesting a fore-
para que comience la ejecución y venda la Propiedad según esti-

closure commissioner designated under the Act to
pulado en la Ley. Nada en la oración anterior privará al

commence foreclosure and to sell the Property as
Secretario de cualquier derecho de otra manera disponible al

provided in the Act. Nothing in the preceding
Acreedor Hipotecario bajo este Párrafo 18 o la ley aplicable. ------------

sentence shall deprive the Secretary of any rights
------------------------------------------------

otherwise available to a Lender under this Para-
------------------------------------------------

graph 18 or applicable law. ----------------------------------

----- 19. <u>Condominium Covenants.</u> If the Property is
------- 19. <u>Acuerdos para Régimen de Propiedad Horizontal.</u> Si la

a condominium unit, the following clause shall
Propiedad es una sometida al Régimen de Propiedad Horizontal,

apply, and any conflicting provision in this Secu-
aplicará la siguiente cláusula y cualesquiera disposición con-

rity Instrument shall be superseded. -----------------------
flictiva en esta Hipoteca quedará sin efecto. -----------------------





 PUERTO RICO REVISED FORM AUGUST 1996

-------- A. So long as the Owner's Association of the
---------- A. Mientras el Consejo de Titulares del condominio ("La

condominium maintains, with a generally accepted
Junta") mantenga una póliza maestra con un asegurador general-

insurance carrier, a "master" or "blanket" policy
mente aceptado, asegurando toda la propiedad sujeta al régimen

insuring all property subject to the condominium
de Propiedad Horizontal, incluyendo todas las mejoras existen-

documents, including all improvements now existing
tes o que se erijan en el futuro sobre la Propiedad, y esa

or hereafter erected on the Property, and such
póliza es satisfactoria para el Acreedor Hipotecario y pro-

policy is satisfactory to Lender and provides
vee cubierta de seguro en las cantidades, por los plazos, y

insurance coverage in the amounts, for the
contra los riesgos requeridos por el Acreedor Hipotecario,

periods, and against the hazards Lender requires,
incluyendo fuego y otros riesgos comprendidos dentro del tér-

including fire and other hazards included within
mino "cubierta extendida", y pérdida por inundaciones hasta el

the term "extended coverage", and loss by flood,
máximo requerido por el Secretario, entonces: (i) el Acreedor

to the extent required by the Secretary, then:
Hipotecario renuncia a la disposición del Párrafo 2 de esta

(i) Lender waives the provision in Paragraph 2 of
Hipoteca para el pago mensual al Acreedor Hipotecario de una

this Security Instrument for the monthly payment
doceava parte de los pagos anuales de primas de seguro contra

to Lender of one-twelfth of the yearly premium
riesgo en la Propiedad, y (ii) la obligación del Deudor Hipo-

installment for hazard insurance on the Property,
tecario bajo el Párrafo 4 de mantener cubierta de seguro contra riesgos

and (ii) Borrower's obligation under Paragraph 4
a la Propiedad se entiende satisfecha hasta el máximo que la

of this Security Instrument to maintain hazard
cubierta requerida es provista por la póliza de la Junta. El

insurance coverage on the Property is deemed sat-
Deudor Hipotecario dará pronto aviso al Acreedor Hipotecario

isfied to the extent that the required coverage is
de cualquier interrupción de la cubierta de seguro contra

provided by the Owners' Association policy. Bor-
riesgo requerida y de cualquier pérdida causada por riesgo.

rower shall give Lender prompt notice of any lapse
En caso de distribución del producto del seguro contra ries-

in required hazard insurance coverage and of any
gos en lugar de la restauración o reparación después de una

loss occurring from a hazard. In the event of a
pérdida sufrida por la Propiedad, ya sea en la unidad en condo-

distribution of hazard insurance proceeds in lieu
minio o en los elementos comunes, cualquier cantidad pagadera

PUERTO RICO REVISED FORM AUGUST 1996

of restoration or repair following a loss to the
al Deudor Hipotecario queda por la presente cedida y será paga-

Property, whether to the Condominium unit or to
dera al Acreedor Hipotecario para aplicarse a las sumas asegu-

the common elements, any proceeds payable to Bor-
radas por esta Hipoteca y cualquier exceso será pagadera a

rower are hereby assigned and shall be paid to
quien legalmente tenga derecho al mismo. -----------------------

Lender for application to the sums secured by this
--------------------------------------------------------------

Security Instrument, with any excess paid to the
--------------------------------------------------------------

entity legally entitled thereto. -----------------------
--------------------------------------------------------------

-------- B. Borrower promises to pay all dues and
----------- B. El Deudor Hipotecario promete pagar su parte proporcio-

assessments imposed pursuant to the legal instru-
nal de los gastos comunes y derramas impuestos por la Junta,

ments creating and governing the Condominium
según dispuesto en los reglamentos del Condominio. ----------------

Project. -------------------------------------------------
--------------------------------------------------------------

----- C. If Borrower does not pay condominium dues
-------- C. Si el Deudor Hipotecario no paga sus cuotas de manteni-

and assessments when due, then Lender may pay
miento y derramas a su vencimiento, el Acreedor Hipotecario

them. Any amounts disbursed by Lender under this
podrá pagarlas. Cualquier suma desembolsada por el Acreedor

Paragraph C shall become additional debt fo Bor-
Hipotecario bajo este Párrafo C se convertirá en una deuda

rower secured by this Security Instrument. Unless
adicional del Deudor Hipotecario asegurada por esta Hipoteca.

Borrower and Lender agree to other terms of pay-
A menos que el Deudor Hipotecario y el Acreedor Hipotecario

ment, these amounts shall bear interest from the
acuerden otros términos de pago, estas sumas devengarán interés

date of disbursement, at the Note's rate and shall
desde la fecha del desembolso al tipo establecido en el Pagaré

be payable, with interest, upon notice from Lender
y serán pagaderas, con intereses, tan pronto como el Acreedor

to Borrower requesting payment. ----------------------------
Hipotecario haga requerimiento de pago. -------------------------

------ D. In this case Lender may also declare the
-------- D. En este caso el Acreedor Hipotecario puede también de-

total amounts owed by virtue of the Note and all
clarar inmediatamente vencida, exigible y pagadera la suma o

of the amounts secured by this Security Instrument
tal adeudada por virtud del Pagaré y todas las cantidades

immediately due, demandable, and payable, if Bor-
garantizadas por esta Hipoteca, si el Deudor Hipotecario no



PUERTO RICO REVISED FORM AUGUST 1996

rower fails to make the monthly payments of mort-
efectúa los pagos mensuales para la prima de seguro hipote-

gage insurance premium payable to the Secretary. ------
cario pagaderos al Secretario. ---------------------------------

FIFTH: Minimum Bidding Amount. In compliance
QUINTO: Tipo Mínimo en Subasta. En cumplimiento de lo dis-

with the provision of Article One Hundred Seventy-
puesto en el Artículo Ciento Setenta y Nueve (179) de la Ley

Nine (179) of Act Number One Hundred Ninety-Eight
Número Ciento Noventa y Ocho (198), aprobada el día ocho (8) de

(198) approved on August eight (8), Nineteen Hun-
agosto de mil novecientos setenta y nueve (1979), por la pre-

dred Seventy-Nine (1979), it is hereby agreed that
sente se fija como tipo mínimo para la primera subasta, en caso

the minimum bidding amount for the first public
de ejecución la cantidad de

auction in case of foreclosure is fixed in the

amount of SEVENTY FOUR THOUSAND THREE HUNDRED------
NINETY NINE DOLLARS ($74,399.00)----------

SIXTH: Recording in the Registry of Property.
SEXTO: Inscripción en el Registro de la Propiedad. El Deudor

Borrower expressly agrees with Lender that in the
Hipotecario conviene expresamente que de no poderse inscribir

event it is not possible to record this Mortgage
esta Hipoteca como Primer Gravamen Hipotecario, por cualquier

in the corresponding Registry of Property, for any
causa, con preferencia a cualquier otra deuda y sin defectos de

reason whatsoever, as a First Mortgage Lien,
clase alguna, dentro de un término que no excederá de sesenta

senior to any and every other lien and without any
(60) días contados desde este otorgamiento, la deuda se consi-

defects of any kind whatsoever, within a period
derará vencida en su totalidad y el Acreedor Hipotecario podrá

not exceeding sixty (60) days from the execution
proceder a su cobro por la vía judicial. ----------------------------------

of this Mortgage, the debt shall become totally
-------------------------------------------------------------------

due and Lender may proceed to its judicial collec-
-------------------------------------------------------------------

tion. -----------------------------------------------------------------
-------------------------------------------------------------------

SEVENTH: Mortgage and Note; Interpretation. The
SEPTIMO: Hipoteca y Pagaré; Interpretación. Esta Hipoteca y

Mortgage and the Note have been originally drafted
el Pagaré han sido originalmente redactados en el idioma inglés

in English and the interpretation of their texts
y la interpretación de sus textos en este idioma prevalecerá

in this language shall prevail over their Spanish
sobre su traducción al español. ----------------------------------------

PUERTO RICO REVISED FORM AUGUST 1996

translations. ----------------------------------------------------------------

EIGHTH: <u>Description and Registration Data of the</u>
OCTAVO: <u>Descripción y Datos de Inscripción de la Propiedad.</u> ------

Property. ----------------------------------------------------------------

------**URBANA:** Solar radicado en la Urbanización Alturas de Beatriz,
sito en el Barrio Beatriz de Cayey, que se describe como sigue:
Solar perteneciente al Bloque J lote número veintitrés(23) según
plano de inscripción de la Urbanización Alturas de Beatriz, con una
cabida superficial de trescientos metros cuadrados (300.00 m/c). En
colindancias por el NORTE: en doce metros( 12.00 m) con el lote
letra J número cinco (5); por el SUR: en doce metros (12.00 m) con
la calle diez (10) oeste; por el ESTE: en veinticinco metros (25.00 m)
con el lote letra J número veintidós (22) y por el OESTE: en
veinticinco metros (25.00 m) con el lote letra J número
veinticuatro(24). Contiene una casa de concreto reforzado diseñada
para una familia.

---Es segregación de la finca 19,748 inscrita al folio 243 del tomo 469 de
Cayey, Registro de la Propiedad de Caguas, Sección Primera. ------------

--------------------------------------------------------------------------

--------------------------------------------------------------------------

--------------------------------------------------------------------------

--------------------------------------------------------------------------

--------------------------------------------------------------------------

--------------------------------------------------------------------------

--------------------------------------------------------------------------

--------------------------------------------------------------------------

--------------------------------------------------------------------------

REVISED FORM AUGUST 1996

--------------------------------------------------------------------------

--------------------------------------------------------------------------

NINTH: Borrower (Notary's Personal Knowledge or
NOVENO: Deudor Hipotecario (Fe Notarial de Conocimiento Perso-

Form of Identification. ----------------------------------
nal o Identificación). ----------------------------------

---ANGEL LUIS FIGUEROA HERNANDEZ, Social Security

number           " and his wife ELSIE CATALINA-

DIAZ AYALA, Social Security number "            ',

both of legal age, property owners and residents-

of Cayey, Puerto Rico.---------------------------

to me the Notary personally known. ---------------------
a quienes Doy Fe de conocer personalmente. ---------------

Page 28 of 31                          PUERTO RICO REVISED FORM AUGUST 1996

| TENTH: | Lender | (Notary's | Personal | Knowledge or |
|--------|--------|-----------|----------|--------------|
| DECIMO: | Acreedor | Hipotecario | (Fe | Notarial de Conocimiento |

Form of Identification). Lender is --------------------------------
Personal

—DORAL FINANCIAL CORPORATION doing business as

H.F. Mortgage Bankers, employer identification number '

" a financial institution organized and existing under the Laws

of the Commonwealth of Puerto Rico, with offices in San Juan,

Puerto Rico, represented by its agent HECTOR NEGRON

GARCIA, Social Security number '               ' of legal age,

single, property owner and resident of in San Juan, Puerto Rico who

has the authority to appear in this deed in accordance with the

Corporate Resolution dated August twenty four (24) of the nineteen

hundred ninety eight (1998), sworned before Notary Public Miguel

García Suárez on October first (1), nineteen hundred ninety eight

(1998), to me the Notary personally known.-----------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

PUERTO RICO REVISED FORM AUGUST 1996

---**NOTIFICACION DEL DERECHO DE CANCELACION DE HIPOTECAS PREVIAS:** Las partes con el presente otorgamiento reconocen que el Notario les ha explicado que existe(n) un(os) gravamen(es) hipotecario(s) que al presente grava(n) el inmueble anteriormente descrito y que se ha de emitir un cheque que debe ser entregado al acreedor hipotecario con el propósito de que se cancele(n) la(s) hipoteca(s) que grava(n) dicha propiedad. La expedición del cheque no constituye una garantía absoluta de que se pagará dicha deuda. Las partes, ya sea la Parte Compradora, o el Deudor Hipotecario (en caso de un refinanciamiento únicamente), tiene(n) derecho de exigir que la referida deuda sea pagada en este mismo acto y que de renunciar a dicho derecho, queda(n) advertido(s) y está(n) consiente(s) de los riesgos y consecuencias de que no se haga dicho pago. Lo que implica que la propiedad que adquiere, o que refinancia, continuaría gravada por la hipoteca original. El deudor hipotecario se reafirma en su voluntad de continuar con la transacción contenida en este instrumento por lo que renuncia voluntaria y conscientemente a la exigencia del pagaré original en este acto, luego de haber sido advertido sobre el particular.----------------------------------------
----------------------------------------
----------------------------------------
----------------------------------------
----------------------------------------
----------------------------------------
----------------------------------------
----------------------------------------





29-A

**ELEVENTH:  Homestead  Rights;  Waiver.**  To  further
UNDECIMO:  Hogar  Seguro,  Renuncia.  Para  mayor  garantía  de  pago

secure  payment  of  the  note,  Borrower,  in  confor-
del  Pagaré,  el  Deudor  Hipotecario,  de  conformidad  con  las  leyes

mity  with  the  laws  of  the  Commonwealth  of  Puerto
del  Estado  Libre  Asociado  de  Puerto  Rico,  expresamente  renuncia

Rico,  expressly  waives  in  favor  of  Lender  his
a  favor  del  Acreedor  Hipotecario  su  derecho  de  hogar  seguro  so-

homestead  and  property  rights,  with  all  of  the
bre  la  Propiedad  con  todos  los  usos  y  derechos  que  en  la  actua-

uses  and  rights  which  he  presently  possesses  or
lidad  posee  o  que  pueda  poseer  en  el  futuro,  expresamente

may  in  the  future  possess  therein,  expressly  waiv-
renunciando  a  favor  del  Acreedor  Hipotecario  todos  sus  títulos,

ing  in  favor  of  Lender  all  of  this  titles,  rights
derechos  e  intereses  de  cualquier  clase  o  descripción  en  la

and  interests  of  any  kind  or  description  in  the
Propiedad  y  en  los  edificios  en  ella  construidos,  que  actual-

Property  and  in  the  buildings  constructed  thereon,
mente  o  en  el  futuro  posea. ---------------------------------------------

which  he  presently  possesses  or  may  in  the  future
-----------------------------------------------------------------------------

possess. --------------------------------------------------------------------
-----------------------------------------------------------------------------

------------------------- ACCEPTANCE --------------------------
------------------------------- ACEPTACION ------------------------------

----- The  appearing  parties,  Lender  and  Borrower,
-------  Los  comparecientes,  Acreedor  y  Deudor  Hipotecario,  aceptan

accept  this  Deed  in  its  entirety  and  I,  the
esta  Escritura  en  su  totalidad  y  Yo,  el  Notario,  les  hice  las

Notary,  made  to  the  appearing  parties  the  neces-
advertencias  legales  pertinentes  a  su  otorgamiento.  Yo,  el

sary  legal  warnings  concerning  its  execution.  I,
Notario,  advertí  a  los  comparecientes  de  su  derecho  a  tener

the  Notary,  advised  the  appearing  parties  as  to
testigos  presentes  en  este  otorgamiento,  a  cuyo  derecho  renun-

their  right  to  have  witnesses  present  at  this
ciaron.  Luego  de  haber  sido  leída  esta  Escritura  por  los

execution,  which  right  they  waived.  The  appearing
comparecientes,  la  ratifican  totalmente  y  confirman  que  las

parties,  having  read  this  Deed  in  its  entirety,
declaraciones  contenidas  en  la  misma  reflejan  fiel  y  exacta-

fully  ratify  and  confirm  the  statements  contained
mente  sus  estipulaciones,  pactos  y  convenios,  por  lo  que  los

herein  as  the  true  and  exact  embodiment  of  their
comparecientes  firman  esta  Escritura  ante  mí,  el  Notario,  y

stipulations,  covenants  and  agreements,  whereupon
escriben  sus  iniciales  en  todas  y  cada  una  de  sus  páginas. ----------------

the  appearing  parties  sign  this  Deed  before  me,
-----------------------------------------------------------------------------





The Notary, and place their initials on each and
---------------------------------------------------------------

every page of this Deed. -------------------------------------
---------------------------------------------------------------

------- I, the Notary, do hereby certify and attest as
---------- Yo, el Notario, por la presente certifico y DOY FE de todo

to everything stated or contained in this Deed. -------------
lo declarado y contenido esta Escritura. -----------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

---------------------------------------------------------------

PUERTO RICO REVISED FORM AUGUST 1996



# CERTIFICACION

Se hallan cancelados en el original, los-------------
correspondientes sellos de Rentas Internas e Impuesto
Notarial.------------------------------------------------
Aparecen las iniciales en todos y cada uno de los----
folios y las firmas de los otorgantes al final del---
documento original. asi como la Rubrica, Signo, Sello
y Firma del Notario Autorizante en el original de----
esta escritura.------------------------------------------
Certifico: Que la que precede es copia fiel y exacta-
del original de su contenido obrante en mi protocolo-
de instrumentos publicos para el año en curso a que--
me remito, la cual (incluyendo los documentos anejos-
al original) tiene __16__ folios.--------------------
Certifico ademas que las copias de los documentos----
anejos a esta copia certificada son copias fieles y--
exactas de las que obran anejos al original de esta--
escritura.-----------------------------------------------
EN TESTIMONIO DE LO CUAL. expido la primera copia----
certificada a peticion de -----------------------------
DORAL FINANCIAL CORPORATION doing business as H.F.
MORTGAGE BANKERS---------------------------------------
En San Juan, Puerto Rico, hoy dia __28__ de __Sept.__ de
2001. -----------



Notario Publico

Dros. $260.50

REGISTRADO AL
Folio _____ 65
Tomo ___540___ de __Cayey__
Finca __21/633__ Inscripción __1ra__
Cayey P.R. a 29 de septiembre 2003



Registrador

CMB 153-B
P.O. Box 194000
San Juan,PR 00919-4000
Tels.(787) 763-2054
(787) 963-1937
(787) 963-1938
Fax (787) 282-7177
E-mail:titlesearc@prtc.net

## ESTUDIO DE TITULO

Exhibit 2

**FIDDLER GONZALEZ & RODRIGUEZ, PSC**

**CASO: ELSIE CATALINA DIAZ AYALA**

**#13-07632**
**)066**

**FINCA: 21,633, inscrita al folio 65 del tomo 540 de Cayey,**
**Registro de la Propiedad de Caguas, Seccion I.**

### DESCRIPCION:

**U**RBANA: Solar radicado en la Urbanizacion Alturas de Beatriz, sito en el Barrio Beatriz de Cayey que se describe como sigue: Solar perteneciente al bloque J con el numero 23 segun plano de inscripcion de la Urbanizacion Alturas de Beatriz, con una cabida superficial de 300.00 metros cuadrados. En lindes por el Norte, en 12.00 metros, con el solar J-5; por el Sur, en 12.00 metros, con la calle 10; por el Este, en 25.00 metros, con el Lote J-22; y por el Oeste, en 25.00 metros, con el Lote J-24.

Enclava una casa.

### TRACTO REGISTRAL:

Se segrega de la finca 19,748, inscrita al folio 247 del tomo 469 de Cayey.

### DOMINIO:

Consta inscrita a favor de **ANGEL LUIS FIGUEROA HERNANDEZ y su esposa ELSIE CATALINO DIAZ AYALA,** quienes adquieren por compra a Corporacion para el Desarrollo Economico y Social de Cayey C.D., por el precio de $75,000.00, segun consta de la escritura numero 46, otorgada en San Juan el 28 de septiembre de 2001, ante el notario Jorge Maldonado Rios, inscrita al folio 65 del tomo 540 de Cayey, finca 21,633, inscripcion 1ra.

### GRAVAMENES:

Afecta por su procedencia a:

1. Servidumbres

Afecta por si a:

**1. HIPOTECA:** En garantia de un pagare a favor de DORAL FINANCIAL CORPORATION, haciendo negocio como HF MORTGAGE BANKERS, o a su orden por la suma de $74,399.00, intereses al 7% anual y vencedero el 1 de octubre de 2031, segun consta de la escritura numero 825, otorgada en San Juan el 28 de septiembre de 2001, ante el notario Kendall E. Krans Negron, inscrita al folio 65 del tomo 540 de Cayey, finca 21,633, inscripcion 1ra. Inscrita el 29 de septiembre de 2003.

### DOCUMENTO PRESENTADO:

1. Al asiento 285 del diario 1157, el 20 de octubre de 2010, se presenta escritura numero 3054 otorgada en San Juan, el 30 de septiembre de 2010 ante el notario Luis A. Archilla Diaz , sobre hipoteca subordinada a favor de Doral Mortgage LLC por la suma de $5,962.33 sin intereses vencedero el 10 de octubre de 2031.

**"LA LEY 216 DEL 27 DE DICIEMBRE DE 2010 NO COBIJA LA INSCRIPCION INMEDIATA DE ESTOS DOCUMENTOS, YA QUE LOS MISMOS SON DOCUMENTOS PRESENTADOS POSTERIOR AL 30 DE ABRIL DE 2010, DOCUMENTOS QUE CREARAN FINCAS NUEVAS Y/O LAS EXCEPCIONES DE LA LEY."**



P.O. Box 194000
San Juan, PR 00919-4000
Tels.(787) 763-2054
(787) 963-1937
(787) 963-1938
Fax (787) 282-7177
E-mail:titlesearc@prtc.net

## ESTUDIO DE TITULO

**FIDDLER GONZALEZ & RODRIGUEZ, PSC**

**#13-07632**

**CASO: ELSIE CATALINA DIAZ AYALA**                    )066

**FINCA: 21,633, inscrita al folio 65 del tomo 540 de Cayey,**
     **Registro de la Propiedad de Caguas, Seccion I.**

**SEGUNDA PAGINA:**

**ESTA  SECCION DEL REGISTRO TIENE ATRASO EN LA ENTRADA DE DATOS DE SU SISTEMA DE BITACORA, LIBROS DE EMBARGOS Y SENTENCIAS.**

**REVISADOS: Libros de Sentencias.  Embargos Federales, Estatales y Bitacora, por computadora y agora, hoy 15 de noviembre de 2013.**

**TITLE SEARCH & LEGAL ASSISTANCE INC.**
cc/js/jcg/gt-cc-chch-gt-ra/chch/gt

INVOICE: #362341

| MFR CHECKLIST |
|---|

Exhibit 3

| DATE: | 12/10/2014 | | LOAN NUMBER: | | 1008 |
|---|---|---|---|---|---|
| Investor # / Name: | U.S. Bank National Association, not in its individual capacity but solely as trustee for the RCAC Pass-Through Trust, Series 2014-PR | | | | |
| Date Bk Filed: | 9/16/2013 | | CHAPTER: | | 13 |

| POST PETITION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Start date | | End date | PMT AMT | # of PMTS | Total |
| 10/1/2014 | thru | 12/1/2014 | $539.84 | 3 | $1,619.52 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | thru | | | | $0.00 |
| | | | Total | 3 | $1,619.52 |

| FEES ( FEE1 Screen) | |
|---|---|
| Reason | Amount |
| Late | |
| NSF/SpeedPay | |
| Recording | |
| Other | |
| | |
| Total | $0.00 |

| Corp Adv (DDCH screen) | |
|---|---|
| Reason | Amount |
| FC ATTY Fees | |
| FC Costs | |
| BK Atty Fees | $850.00 |
| BK Costs | |
| BPO | |
| Prop Inspections | |
| Prop Pres | |
| Acquired Recoverable Balance | |
| Other - Door Knock | |
| Total | $850.00 |

| Less suspense credit | Total | |
|---|---|---|
| SER1 screen | | |

| MFR TOTAL | $2,469.52 |
|---|---|

The subscribing representative of Rushmore Loan Management Services LLC declares under penalty of perjury that according to the information gathered, the foregoing information is true and correct.

s/Janice Munich Burgos

Default Operations Supervisor

Department of Defense Manpower Data Center

Results as of : Jul-16-2014 02:38:51 PM

SCRA 3.0



Exhibit 4

**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>DIAZ AYALA</u>

First Name: <u>ELSIE C</u>

Middle Name:

Active Duty Status As Of: <u>Jul-16-2014</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: JBOCKB0690002A0