# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**ELSIE CATALINA DIAZ AYALA**<br>**xxx–xx–8692**<br><br>Debtor(s) | Case No. **13–07632 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 3/19/15 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: for authorization to begin loss mitigation/mortgage modification program with Rushmore Loan Mortgage Services filed by debtor, docket #60. Status Report to be file within 90 days.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, March 19, 2015 .

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge